442 A.2d 347

Lizt, et al., Appellants v. Bellefonte Apts. Co., et al.

Argued June 23, 1981.   Thomas P. Kennedy, for appellants;   James Zaydon, for appellees.

Before HESTER, CAVANAUGH and DiSALLE, JJ.

Order affirmed.

Decision was rendered prior to DiSALLE, J., leaving the bench of the Superior Court of Pennsylvania.

442 A.2d 348

Morris et ux., Appellants v. Kardos et ux.

Submitted April 1, 1981.   David A. Martino, for appellants;   Elwood M. Malos, for appellees.

Before CERCONE, P. J., HESTER and JOHNSON, JJ.

Order affirmed.